PROB 12
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE



UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )            CRO7-54-UnA
       vs.                      )
                                )       Criminal Action No. CR-02-00305-04-LDW
       Maurice Barnes,          )              (Eastern District of NY)
                                )
              Defendant.        )

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Maurice Barnes , who was placed on supervision by the Honorable Leonard D. Wexler , sitting in the court at Plainsview, NY. on the 31st day of October 2002 , who fixed the period of supervision at three (3) years , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.    The defendant shall not associate, directly or indirectly, with any current or former member of the Pagans or Hells Angels;
2.    The defendant shall not possess any items, colors, or logos associated with the Pagans or any other outlaw motorcycle club;
3.    The defendant shall comply with the forfeiture clause of the plea agreement;

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has signed the Probation Form 49 to modify the conditions of supervised release. The government has no objection to the modification as follows:
1.    The defendant shall abstain from the use of alcoholic beverages.
2.    The defendant shall not enter any liquor store or patronize any bar during the term of federal supervised release.

**PRAYING THAT THE COURT WILL ORDER ...**a modification of the conditions of supervised release as indicated above. All other conditions previously ordered remain the same and unchanged. A transfer of jurisdiction from the Eastern District of New York to the District of Delaware has also been approved on this date.

#### ORDER OF COURT

So ordered this _____
day

of _____ 2007.

_____

U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on    April 19, 2007

Place          Wilmington, DE

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall abstain from the use of alcoholic beverages.

2. The defendant shall not to enter any liquor store or patronize any bar during the term of federal supervised release.

Witness: _____    Signed: _____
        U.S. Probation Officer                Probationer or Supervised Releasee

                                _____
                                      DATE