PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Maurice Barnes,<br><br>Defendant. | CR07-54-UNA<br><br>Criminal Action No. CR-02-00305-04-LDW<br>(Eastern District of NY) |

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Maurice Barnes, who was placed on supervision by the Honorable Leonard D. Wexler, sitting in the court at Plainsview, NY. on the 31st day of October 2002, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not associate, directly or indirectly, with any current or former member of the Pagans or Hells Angels;
2. The defendant shall not possess any items, colors, or logos associated with the Pagans or any other outlaw motorcycle club;
3. The defendant shall comply with the forfeiture clause of the plea agreement;

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has signed the Probation Form 49 to modify the conditions of supervised release. The government has no objection to the modification as follows:
1. The defendant shall abstain from the use of alcoholic beverages.
2. The defendant shall not enter any liquor store or patronize any bar during the term of federal supervised release.

**PRAYING THAT THE COURT WILL ORDER** ...a modification of the conditions of supervised release as indicated above. All other conditions previously ordered remain the same and unchanged. A transfer of jurisdiction from the Eastern District of New York to the District of Delaware has also been approved on this date.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this 9th day of May 2007.<br><br>_____<br>U. S. District Judge | _____<br>Senior U.S. Probation Officer<br><br>Executed on    April 19, 2007<br><br>Place    Wilmington, DE |